UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH KOENEN,

                    Plaintiff,

        v.

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

C19-5110 TSZ

ORDER

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit, docket no. 21, and the mandate having issued, docket no. 22, this case is hereby remanded to the agency for further proceedings consistent with the Supreme Court's intervening decision in *Carr v. Saul*, 141 S. Ct. 1352 (2021).

The Clerk is directed to enter Judgment consistent with this Order and to send a copy of this Order and the Judgment to all counsel of record.

IT IS SO ORDERED.

Dated this 22nd day of July, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 1