UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEITH KOENEN, ) | |
| ) | CIVIL NO. 3:19-cv-05110-TSZ |
| Plaintiff, ) | |
| ) | ORDER FOR ATTORNEY'S FEES |
| vs. ) | PURSUANT TO 42 U.S.C. § 406(b) |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion for Attorney's Fees Pursuant to 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney Jamie Olivares is awarded a gross attorney's fee of $15,939.50 pursuant to 42 U.S.C. § 406(b), reduced by the administrative fees of $7,200.00 that previously were awarded, leaving a net fee of $8,739.50. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $8,739.50, minus any applicable processing fees as allowed by

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) - 1

statute. The Commissioner may make any payment of withheld past-due benefits to the address of Plaintiff's attorney that is registered with SSA, or to Jamie Olivares, at Halpern Olivares PLLC, 1800 Cooper Point Rd SW, Building 17, Olympia, WA 98502. Any remaining funds may be released to the claimant.

DATED this 22nd day of December, 2023.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 2